**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02677-CNS

JAVIER ANDRES GARCIA CORTES,

    Petitioner,

v.

KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security,
PAMELA BONDI, in her official capacity as Attorney General of the United States,
TODD LYONS, in his official capacity as Acting Director of Immigration and Customs Enforcement,
JOHN FABBRICATORE, in his official capacity, and
WARDEN, in his official capacity as Warden Denver Contract Detention Facility,

    Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDERS of United States District Judge Charlotte N. Sweeney entered on September 16, 2025, [ECF No. 8] and February 6, 2026, [ECF No. 10], it is

ORDERED that the Petition for Writ of Habeas Corpus [ECF No. 1] is GRANTED in part. It is

FURTHER ORDERED that, as the prevailing party, the plaintiff is awarded costs, to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1), D.C.COLO.LCivR 54.1 and 28 U.S.C. §2412(a)(1). It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 6th day of February, 2026.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

      By:  s/  J. Dynes
                J. Dynes, Deputy Clerk